AO 91 (Rev 8/01)    Criminal Complaint

# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**

McALLEN DIVISION

UNITED STATES OF AMERICA
V.

Douglas Ernesto Vasquez-Marroquin

AKA: Jose Carlos Velasquez-Marroquin

IAE    YOB:    1980
EL SALVADOR
(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

Case Number: M-19-928-M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **April 23, 2019** in **Hidalgo** County, in the **Southern** District of **Texas**

*(Track Statutory Language of Offense)*

being then and there an alien who had previously been deported from the United States to El Salvador in pursuance of law, and thereafter was found near Mission, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title **8** United States Code, Section(s) **1326** (Felony)

I further state that I am a(n) **Senior Patrol Agent** and that this complaint is based on the following facts:

Douglas Ernesto Vasquez-Marroquin was encountered by Border Patrol Agents near Mission, Texas on April 23, 2019. The investigating Agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on April 23, 2019, near Hidalgo Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on October 3, 2011 through Houston, Texas. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On January 27, 2011, the defendant was convicted of Reentry of Deported Alien and sentenced to eighteen (18) months confinement and three (3) years supervised release term.

Approved by: AUSA, Matt Redwid

Continued on the attached sheet and made a part of this complaint:  ☐ Yes  ☒ No

Signature of Complainant
Ernie Bergollo            Senior Patrol Agent

Sworn to before me and subscribed in my presence,

April 24, 2019   2:44 p.l.

Juan F. Alanis                    , U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer